AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

JABARI SAVAGE
*Defendant*

Case No. 26-440-4

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JABARI SAVAGE ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21:846 CONSPIRACY TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE

Date: 09/16/2026

s/ JIMMY CRUZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

### Return

This warrant was received on *(date)* 9/21/2026 , and the person was arrested on *(date)* 9/22/2026
at *(city and state)* Philadelphia, PA .

Date: 9/23/2026

[signature]
*Arresting officer's signature*

Robert Roth, Special Agent FBI
*Printed name and title*